**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Monique J Jones<br><br>　　　　Debtor(s) | Case No. 13 B 05788 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 02/15/2013.

　　2)　The plan was confirmed on 05/14/2013.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/14/2013, 08/13/2013.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 08/15/2016.

　　5)　The case was Dismissed on 10/11/2016.

　　6)　Number of months from filing to last payment: 40.

　　7)　Number of months case was pending: 47.

　　8)　Total value of assets abandoned by court order: NA .

　　9)　Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,100.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$17,100.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,495.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $667.12 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,162.12** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1st Crd Srvc (Original Creditor:Woman S | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 447.30 | 447.30 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 878.41 | 878.41 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 2,497.65 | 2,497.65 | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 892.00 | NA | NA | 0.00 | 0.00 |
| Ayesha Brown V Management Inc | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 1,269.00 | NA | NA | 0.00 | 0.00 |
| Cba Of Ga Inc (Original Creditor:Wpg Pat | Unsecured | 489.00 | NA | NA | 0.00 | 0.00 |
| Cbe Group (Original Creditor:Peoples Gas | Unsecured | 796.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Certegy | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Chld/Cbna | Unsecured | 537.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,000.00 | 920.00 | 920.00 | 0.00 | 0.00 |
| Comenity Bank/Lnbryant | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing (Original Credito | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor: | Unsecured | 1,662.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor: | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A (Original Credito | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | 116.00 | 116.48 | 116.48 | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fac/Nab (Original Creditor:Georgia Anest | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| Fac/Nab (Original Creditor:Qmr-Emory A | Unsecured | 711.00 | NA | NA | 0.00 | 0.00 |
| Ga Power | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| GMAC Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I.C. System Inc. (Original Creditor:Cobb | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| J J Marshall & Assoc (Original Creditor: | Unsecured | 1,819.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| Kohls/Capone | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lydclad | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| Marietafin | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| N Amer Cr - Mail Onl (Original Creditor: | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin/22 (Original Creditor:Nco/Asgne | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| Nexcheck Llc (Original Creditor:01 Inter | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| North Amercn (Original Creditor:Medical | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Overland Bond & Investment Corp | Secured | 16,000.00 | 16,704.59 | 16,000.00 | 11,734.78 | 1,203.10 |
| Overland Bond & Investment Corp | Unsecured | NA | 704.59 | 704.59 | 0.00 | 0.00 |
| Payliance (Original Creditor:01 Papa Joh | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| Payliance (Original Creditor:Fred S #28 | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Pdq Services Inc (Original Creditor:Siup | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 780.00 | 780.00 | 780.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 1,907.65 | 1,907.65 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 42.00 | 42.46 | 42.46 | 0.00 | 0.00 |
| Scana Energy Marketing | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| Stallings Fin Group (Original Creditor:M | Unsecured | 2,735.00 | NA | NA | 0.00 | 0.00 |
| THD Cbna | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Trident Asset Management | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| United Collect Bur Inc (Original Credito | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,000.00 | $11,734.78 | $1,203.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,000.00** | **$11,734.78** | **$1,203.10** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,294.54** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,162.12 |
| Disbursements to Creditors | $12,937.88 |
| **TOTAL DISBURSEMENTS :** | **$17,100.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/17/2017                              By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**